DOCKETED
MAY 19 2004

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Kazi H. Ali, Carlos Bonilla, James A. Christman, Sharon Coleman, Anthony Cook, Mary Curry, Jarrod F. Davis, Margaret M. Davis, William Demitro, Emiliano Escorcia, Cullis H. Flinn, Elios Gil, Cruz Gonzales, Eddie M. Iqbal, Gregory C. Jenkins, Kenneth L. Johnson, Robert E. Johnson, William Knerr, Andres A. Madrigal, Steven R. McDonald, Roberto L. Molina, Darrell Nelson, Richard R. Ross Jr., Alberto M. Salas, Marco Sandoval, Rosalind Smith, David Todd, Victor Torres, Joyce Weathington, Doris R. West,

)))))))))))))))

JUDGE DER-YEGHIAYAN

04C 3469

Case No.
MAGISTRATE JUDGE ASHMAN

Judge

Plaintiffs,

v.

Chicago Transit Authority,

Defendant.

## COMPLAINT

Plaintiffs, by their attorneys, complain of the defendant and allege as follows:

1. This is an action to recover unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201 *et. seq.* ("the Act" or "the FLSA"). Jurisdiction for this action is conferred upon this Court by 28 U.S.C. §1337.

2. Plaintiffs are residents of this judicial district and consent to the maintenance of this action. Plaintiffs' consents to the maintenance of this action are attached hereto.

3. Plaintiffs are or were employees of Defendant.

4. Defendant Chicago Transit Authority ("the CTA") is a legally independent public entity located within Cook County, Illinois.

5. The CTA is and at all times hereinafter mentioned has been an employer of plaintiffs within the meaning of §§ 3(d) and 3(e)(2)(C) of the Fair Labor Standards Act of 1938 ("Act"), as amended, 29 U.S.C. §§203(d) and (e)(2)(C), and subject to the provisions of §7 of the Act, as

amended, 29 U.S.C. §207.

6. At all times relevant herein, the CTA has been and is an enterprise engaged in commerce for purposes of §3(s)(1) of the Fair Labor Standards Act of 1938, 29 U.S.C. §203(s)(1).

7. The plaintiffs were, during some or all of the period from May 2002 to the present, non-exempt employees of the CTA within the meaning of §3(e)(2)(C) of the Act, 29 U.S.C. §203(e)(2)(C).

8. During one or more workweeks between May 2002 and the present, plaintiffs were suffered or permitted to work in excess of forty (40) hours for the CTA.

9. Each of the plaintiffs have been paid no overtime compensation of any kind for hours worked in excess of forty (40) hours in at least one workweek during the period May 2002 to the present.

10. From May 2002 to the present, the CTA has knowingly and intentionally failed and refused to pay plaintiffs any compensation of any kind for the hours they worked in excess of forty (40) hours in a workweek in violation of §§7(a) and 15(a)(2) of the Fair Labor Standards Act, as amended, 29 U.S.C. §§207(a), 215(a)(2).

11. Plaintiffs are entitled to overtime compensation of time and one-half their regular rate of pay for all hours they worked in excess of 40 in a workweek for each workweek subsequent to May 2002 pursuant to §§7(a) of the Fair Labor Standards Act, as amended, 29 U.S.C. §§207(a), 215(a)(2).

**WHEREFORE**, Plaintiffs pray that judgment be entered against the Defendant as follows:

    A. A declaratory judgment finding that Defendant has violated §§7 and 15(a)(2) of the Fair Labor Standards Act, 29 U.S.C. §§207 and 215(a)(2);

B. A judgment against Defendant for all sums which may be found to be due to plaintiffs as compensatory damages, liquidated damages, attorneys' fees and costs. 29 U.S.C. § 216.

C. An order directing such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiffs hereby demand trial by jury.

Respectfully submitted,

*/s/ Marvin Gittler*

Marvin Gittler

Marvin Gittler
Librado Arreola
ASHER, GITTLER, GREENFIELD,
 & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 1900
Chicago, Illinois 60606
(312) 263-1500

3

# JS 44 CIVIL COVER SHEET
(Rev. 07/89)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
Kazi H. Ali, et al.

## DEFENDANTS
Chicago Transit Authority

**DOCKETED MAY 1 9 2004**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Asher, Gittler, Greenfield & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
312-263-1500

ATTORNEYS (IF KNOWN)

**JUDGE DER-YEGHIAYAN**
**04C 3469**
**MAGISTRATE JUDGE ASHMAN**

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Fair Labor Standards Act, 29 U.S.C. § 201 et. seq.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury—Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/ |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 470 Racketeer Influenced a/ Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 690 Other | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. REMARKS
In response to ☒ Is not a refiling of a previously dismissed action
General Rule 2.21D(2) this case ☐ is a refiling of case number _____ of Judge _____

DATE: May 17, 2004

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of

Kazi H. Ali, et al.,
                Plaintiffs,

v.

Chicago Transit Authority,
                Defendant.

**JUDGE DER-YEGHIAYAN**

**DOCKETED** Case Number: **04C 3469**

MAY 19 2004

**MAGISTRATE JUDGE ASHMAN**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiffs, Kazi H. Ali, et al.

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: [signed] |
| NAME: Librado Arreola | NAME: Ryan A. Hagerty |
| FIRM: Asher, Gittler, Greenfield & D'Alba, Ltd. | FIRM: Asher, Gittler, Greenfield & D'Alba, Ltd. |
| STREET ADDRESS: 200 W. Jackson Blvd., Suite 1900 | STREET ADDRESS: 200 W. Jackson Blvd., Suite 1900 |
| CITY/STATE/ZIP: Chicago, IL 60606 | CITY/STATE/ZIP: Chicago, IL 60606 |
| TELEPHONE NUMBER: 312-263-1500   FAX NUMBER: 312-263-1520 | TELEPHONE NUMBER: 312-263-1500   FAX NUMBER: 312-263-1520 |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 6203323 | IDENTIFICATION NUMBER: 6275065 |
| MEMBER OF TRIAL BAR? YES [X] NO [X] | MEMBER OF TRIAL BAR? YES [ ] NO [X] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [X] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] |

| (C) | (D) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: |
| NAME: Marvin Gittler | NAME: |
| FIRM: Asher, Gittler, Greenfield & D'Alba, Ltd. | FIRM: |
| STREET ADDRESS: 200 W. Jackson Blvd., Suite 1900 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60606 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312-263-1500   FAX NUMBER: 312-263-1520 | TELEPHONE NUMBER:   FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 00965472 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |