# United States District Court
## Northern District of Illinois
### Eastern Division



Kazi Ali                        **JUDGMENT IN A CIVIL CASE**

     v.                              Case Number: 04 C 3469

CTA

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that no one appeared on behalf of the plaintiff on the court's noticed status hearing. This matter is hereby dismissed, without prejudice, pursuant to Local Rule 41.1.

Michael W. Dobbins, Clerk of Court

Date: 07/21/2004

Michael A. Wing, Deputy Clerk